**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 12-7948**

───────────────

DARRYL L. COOK,

Plaintiff – Appellant,

v.

UNITED STATES OF AMERICA,

Defendant - Appellee.

───────────────

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Richard M. Gergel, District Judge.  (0:11-cv-02669-RMG)

───────────────

Submitted:  March 20, 2013        Decided:  April 26, 2013

───────────────

Before NIEMEYER, DIAZ, and FLOYD, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Darryl L. Cook, Appellant Pro Se. Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darryl L. Cook appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment to the Defendant in this action brought pursuant to the Federal Tort Claims Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cook v. United States, No. 0:11-cv-02669-RMG (D.S.C. Nov. 2, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED